Larry K. Lesnik, Esq.
**NORRIS MCLAUGHLIN & MARCUS, P.A.**
721 Route 202-206, Suite 200
Bridgewater, NJ 08807-5933
(908) 722-0700
Attorneys for Creditor Fred Corigliano

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| In the Matter of: | : | Chapter 13 |
|---|---|---|
| CHARLES O'CONNOR, | : | Case No. 12-28723/KCF |
| Debtor. | : | |

**CONSENT ORDER GRANTING STAY RELIEF WITH RESPECT TO
33 WEST ASBURY-ANDERSON ROAD,
WASHINGTON TOWNSHIP, NEW JERSEY**

The relief set forth on the following pages, numbered two (2) through three (3) is hereby ORDERED

1022058_1

Page 2
Debtor:     Charles O'Connor
Case No.:   12-28723/KCF
Caption:    Consent Order Granting Stay Relief With Respect To 33 West Asbury-Anderson Road, Washington Township, New Jersey

THIS MATTER having been brought before the Court by way of application for the entry of a consent order by creditor Fred Corigliano ("Corigliano") seeking relief from the automatic stay with respect to real property located at 33 West Asbury-Anderson Road, Washington Township, New Jersey (the "Premises"), and the Court noting the subscribed consents hereto of counsel to Corigiliano, Charles A. O'Connor (the "Debtor") and Carolyn F. O'Connor (the "Non-Debtor Spouse"); and for good cause shown:

IT IS HEREBY STIPULATED AND ORDERED AS FOLLOWS:

1. Relief from the automatic stay is hereby provided to Corigliano with respect to the filing of an action in the Superior Court of New Jersey seeking to compel the removal, eviction or ejectment of the Debtor and the Non-Debtor Spouse from the Premises.

2. Notwithstanding the aforesaid granting of stay relief to Corigliano, no removal, eviction or ejectment of the Debtor or the Non-Debtor Spouse from the Premises may occur prior to September 2, 2012.

3. Except as otherwise provided for herein, Corigliano, the Debtor and the Non-Debtor Spouse all reserve their rights and defenses with respect to any other claims or counterclaims that may exist between such parties.

Page 3
Debtor: Charles O'Connor
Case No.: 12-28723/KCF
Caption: Consent Order Granting Stay Relief With Respect To 33 West Asbury-Anderson Road, Washington Township, New Jersey

---

The undersigned hereby consent to the form, substance and entry of the foregoing order.

NORRIS McLAUGHLIN & MARCUS, P.A.
Attorneys for Creditor, Fred Corigliano

By: /s/ Larry K. Lesnik, Esq.
    Larry K. Lesnik, Esq.


By: /s/ Charles A. O'Connor
    Charles A. O'Connor


By: /s/ Carolyn F. O'Connor
    Carolyn F. O'Connor

1022058_1