Larry K. Lesnik, Esq.
**NORRIS MCLAUGHLIN & MARCUS, P.A.**
721 Route 202-206, Suite 200
Bridgewater, NJ 08807-5933
(908) 722-0700
Attorneys for Creditor Fred Corigliano

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In the Matter of: | Chapter 13 |
| CHARLES O'CONNOR, | Case No. 12-28723/KCF |
| Debtor. | |

### CERTIFICATE OF CONSENT
### REGARDING CONSENT ORDER GRANTING
### STAY RELIEF WITH RESPECT TO 33 WEST ASBURY-ANDERSON ROAD

**I HEREBY CERTIFY** that with respect to the copy of the captioned Consent Order submitted to the Court, the following conditions have been met:

(a) The Terms of the copy of the consent order submitted to the Court are identical to those set forth in the original consent order;

(b) The signatures represented by the /s/ Larry K. Lesnik, Charles O'Connor and Carolyn O'Connor on the copy of the consent order submitted to the Court reference the signatures of consenting parties obtained on the original consent order;

(c) I will retain the original consent order for a period of seven years from the date of closing of the case or adversary proceeding;

(d) I will make the original consent order available for inspection upon request of the Court or any party in interest; and

(e) I will simultaneously electronically file this certification with the Court, by use of my login and password, thereby signing same for all proposes including those under Fed. R. Bankr. P. 9011

By: /s/Larry K. Lesnik
Signature of Attorney

1024729_1