UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Jonathan Stone, Esq. /JS 2773
490 Schooley's Mountain Road – Bldg. 3A
Hackettstown, NJ 07840-4002
Tel. (908) 979-9919 / Fax. (908) 979-9920
Attorney for Debtor

In re:

Charles Anthony O'Connor

Debtor

Hearing Date:   November 14, 2012

Time:   9:00am

Judge:   Kathryn C. Ferguson

ORDER DIRECTING CASE TO BE TRANSFERRED TO THE HONORABLE ROSEMARY GAMBARDELLA FOR JOINT ADMINISTRATION OF THE DEBTORS' CHAPTER 13 CASES FOR PROCEDURAL PURPOSES ONLY

The relief set forth on the following pages numbered two (2) through (2) is hereby **ORDERED**.

Debtor:  Charles Anthony O'Connor
Case No.:  12-28723 (KCF)
Caption:  **ORDER DIRECTING CASE TO BE TRANSFERRED TO THE HONORABLE ROSEMARY GAMBARDELLA FOR JOINT ADMINISTRATION OF THE DEBTORS' CHAPTER 13 CASES FOR PROCEDURAL PURPOSES ONLY**
_____

**THIS CAUSE** being brought by Jonathan Stone, Debtor' attorney pursuant to the motion seeking an order directing that the case be transferred to the Honorable Rosemary Gambardella for the joint administration of the Debtors' chapter 13 cases for procedural purposes only pursuant to 11 U.S.C. § 105(a) and Fed. R. Bankr. P. 1015(b), hereinafter (the "Motion"); and

**IT APPEARING** that this Court has jurisdiction over the parties and over the subject matter of this objection; and

**IT FURTHER APPEARING** that all parties in interest received notice of the Motion and of the time, date and place of this hearing; and

**IT FURTHER APPEARING** that the relief requested by the Debtor in the Motion is consistent with the applicable provisions of Title 11 of the United States Code and that any objections to the relief requested in the Motion have been withdrawn or overruled, and after due deliberation thereon that the relief sought in the Motion is in the best interests of the Debtors' estates, their creditors, and all parties in interest, the Debtor has established good and sufficient cause to grant said relief; and

**IT FURTHER APPEARING** that pursuant to Fed. R. Bankr. P. 1015(a), the above captioned chapter 13 case shall be transferred to the Honorable Rosemary Gambardella; and

**IT IS THEREFORE SO ORDERED.**